```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JACOB BEN-JACOB,                                :
                        Plaintiff,              :
v.                                              :
                                                :
KANTO CORPORATION,                              :
                        Defendant.              :
--------------------------------------------------------------x
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/20/24**

**ORDER REGARDING SEALED DOCUMENTS**

23 CV 2688 (VB)

The Court having So Ordered the parties' Stipulation and Order Governing the Treatment of Confidential Material dated May 20, 2024, which, among other things, provides for the filing of documents under seal, it is further ORDERED:

1. The parties shall consult and comply with the instructions for filing documents under seal, as set forth in: (i) Section 6 of the Court's Electronic Case Filing Rules & Instructions; (ii) the Court's "Sealed Records Filing Instructions," available at https://nysd.uscourts.gov/programs/records; and (iii) Judge Briccetti's Individual Practices.

2. A full and unredacted courtesy copy of any submission of documents electronically filed under seal shall be provided to Chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

Dated: May 20, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge