USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JACOB BEN-JACOB, :
          Plaintiff, :
:
v. :
:
KANTO CORPORATION :
          Defendant. :
:
--------------------------------------------------------------x

**ORDER**

23 CV 2688 (VB)

The Court has been advised that the parties have reached a settlement in principle in this case. (Doc. #57). Accordingly, it is hereby ORDERED:

1. By **June 30, 2025**, counsel shall submit either a stipulation of dismissal or a further status report on settlement.

2. The deadlines to complete expert discovery, expert depositions, and all discovery are stayed pending further Court order.

Dated: May 28, 2025
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge